UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES LEWIS and <br> NICOLE LEWIS, <br>           Plaintiffs <br> <br> v. <br> <br> DIMEO CONSTRUCTION <br> COMPANY, HILTI, INC. <br> and HILTI CORPORATION, <br>           Defendants | Civil Action No.: 1:14-cv-10492-DJC |

**PLAINTIFFS' MOTION FOR ISSUANCE OF ORDER NUNC PRO TUNC APPROVING SERVICE ON HILTI CORPORATION BY REGISTERED MAIL, OR IN THE ALTERNATIVE, TO ALLOW PLAINTIFFS TO RESERVE HILTI CORPORATION BY REGISTERED MAIL**

Now come the Plaintiffs and move that the court enter an order nunc pro tunc approving service on Hilti Corporation, a Defendant located in Liechtenstein, by registered mail. In the alternative, the Plaintiffs request an order allowing them to reserve said Defendant by registered mail. As grounds therefor, Plaintiffs state as follows:

1. This is a product liability case in which the Plaintiff James Lewis contends that he sustained a severe injury to his hand on May 25, 2012 when a Hilti BX460 powder actuated tool malfunctioned and fired a piston into his hand.

2. In this action, Plaintiffs have alleged that the tool was manufactured by Hilti Corporation, a corporation located in Liechtenstein and distributed by Hilti, Inc., an Oklahoma corporation.

3. The Plaintiffs have previously served the Defendant Hilti, Inc. by certified mail, return receipt requested, and, in fact, that Defendant has removed this action to this court.

4. On April 1, 2014, the Plaintiffs successfully served the Defendant Hilti Corporation by registered mail, return receipt requested. Please see the pink registered mail return receipt attached hereto as Exhibit "A".

5. Liechtenstein is not a signatory to the Hague Convention and is not a party to any international agreement prohibiting service by registered mail. Accordingly, service by registered mail is an appropriate method to serve a Defendant located in Liechtenstein.

6. F.R.Civ.P. 4(f)(3) allows service to be made on a corporation located in a foreign country "by other means not prohibited by international agreement, as the Court orders."

7. Under the circumstances of this case, as if more fully set forth in the memorandum filed herewith, the court should enter an order approving nunc pro tunc Plaintiffs' registered mail service on Hilti Corporation. In the alternative, the court should allow Plaintiffs to reserve Hilti Corporation by registered mail, return receipt requested.

The Plaintiffs,
By Their Attorneys,

  /s/  Alan L. Cantor
James A. Swartz, Esq.
BBO No.: 556920
Alan L. Cantor, Esq.
BBO No.: 072360
Swartz & Swartz, P.C.
10 Marshall Street
Boston, MA 02108
617-742-1900

Dated: April 28, 2014

# EXHIBIT A

**UNITED STATES POSTAL SERVICE®**

**Return Receipt for International Mail**
*(Registered, Insured, Recorded Delivery, Express Mail)*

Administration des Postes des Etats-Unis d'Amérique

*Par Avion*

Postmark of the office returning the receipt
*Timbre du bureau renvoyant l'avis*

[Postmark: 9494 SCHAAN -1.-4.14-19 Betriebszentrum Liechtenstein b]

Return by the quickest route (air or surface mail), a découvert and postage free.
A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

The sender completes and indicates the address for the return of this receipt.
*(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)*

Name or Firm *(Nom ou raison sociale)*: Swartz & Swartz

Street and Number *(Rue et no.)*: 10 Marshall Street

City, State, and ZIP + 4 *(Localité et code postal)*: Boston, MA 02108

UNITED STATES OF AMERICA — Etats-Unis d'Amérique

PS Form **2865**, February 1997 — *Avis de réception* — **CN07** (Old C5)

---

Item Description *(Nature de l'envoi)*: ☑ Registered Article *(Envoi recommandé)*  ☑ Letter *(Lettre)*  ☐ Printed Matter *(Imprimé)*  ☐ Other *(Autre)*  ☐ Recorded Delivery *(Envoi à livraison attestée)*  ☐ Express Mail International

Insured Parcel ☐ *(Colis avec valeur déclarée)*

Insured Value *(Valeur déclarée)*:

Article Number: RE993 178 277 US

Office of Mailing *(Bureau de dépôt)*: Hanover St. Post Office, Boston MA 02113 USA

Date of Posting *(Date de dépôt)*: MAR 27 '14

Addressee Name or Firm *(Nom ou raison sociale du destinataire)*: Office of the President: Hilti Corporation

Street and No. *(Rue et No.)*: 9494 Schaan

Place and Country *(Localité et pays)*: Principality of Liechtenstein

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.
*(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.)*

☐ The article mentioned above was duly delivered. *(L'envoi mentionné ci-dessus a été dûment livré.)*

Date:

Signature of Addressee *(Signature du destinataire)*: [signature]

Office of Destination Employee Signature *(Signature de l'agent du bureau du destination)*:

Postmark of the office of destination *(Timbre du bureau de destination)*:

PS Form **2865**, February 1997 *(Reverse)*

## **CERTIFICATE OF SERVICE**

I, Alan L. Cantor, do hereby certify that a true copy of the above document was served upon all counsel of record by electronic service on this 28th day of April, 2014.

/s/ Alan L. Cantor_____
Alan L. Cantor