UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JAMES LEWIS and | * | |
| NICOLE LEWIS, | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | Civil Action No.: 1:14-cv-10492-DJC |
| | * | |
| DIMEO CONSTRUCTION | * | |
| COMPANY, HILTI, INC. | * | |
| and HILTI CORPORATION, | * | |
| Defendants | * | |

## PLAINTIFFS' ASSENTED TO MOTION TO FILE A SHORT REPLY BRIEF IN RESPONSE TO DEFENDANT, HILTI CORP.'S OPPOSITION TO PLAINTIFFS' MOTION TO SERVE PROCESS BY REGISTERED MAIL

The Plaintiffs move pursuant to Local Rule 7.1 (B)(3) that the Court enter an order granting them leave to file a short reply brief (not to exceed three pages) within five days after the Court grants this motion. As grounds therefore, the Plaintiffs believe that a short reply will be of assistance to the Court in deciding this motion as the Plaintiffs wish to respond to the affidavit of Wolfgang Seeger, attached to Defendant, Hilti Corp.'s opposition to Plaintiffs' motion.

The Plaintiffs are authorized to state that Jeanne McHugh, Esq., attorney for Hilti Corp., has assented to this motion.

Dated: May 7, 2014

The Plaintiffs,
By Their Attorneys,

  /s/ Alan L. Cantor
James A. Swartz, Esq.
BBO No.: 556920
Alan L. Cantor, Esq.
BBO No.: 072360
Swartz & Swartz, P.C.
10 Marshall Street
Boston, MA 02108
617-742-1900

## CERTIFICATE OF SERVICE

       I, Alan L. Cantor, Esq. hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 7th day of May, 2014.

                                            /s/ Alan L. Cantor
                                            Alan L. Cantor