UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES LEWIS, | * |
| NICOLE LEWIS, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * Civil Action No. 14-cv-10492-IT |
| | * |
| DIMEO CONSTRUCTION COMPANY, | * |
| HILTI, INC., | * |
| HILTI CORPORATION, | * |
| | * |
| Defendants. | * |
| | * |
| | * |

ORDER ADOPTING REPORT AND RECOMMENDATION

August 26, 2014

TALWANI, D.J.

No party having filed objections to the Report and Recommendation on Plaintiffs' Motion for Issuance of Order Nunc Pro Tunc Approving Service on Hilti Corporation by Registered Mail, or in the Alternative, to Allow Plaintiffs to Reserve Hilti Corporation by Registered Mail, and good cause appearing, the court accepts the recommended disposition.

Accordingly,

Plaintiffs' Motion for Issuance of Order Nunc Pro Tunc Approving Service on Hilti Corporation by Registered Mail, or in the Alternative, to Allow Plaintiffs to

Reserve Hilti Corporation by Registered Mail is ALLOWED, and the court approves, pursuant to Rule 4(f)(3), Fed. R. Civ. P., the service by registered mail which was made on Hilti Corporation in this case.

    IT IS SO ORDERED.

Date: August 26, 2014                                                  /s/ Indira Talwani
                                                                                       United States District Judge