UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES LEWIS and NICOLE LEWIS, | * |
| Plaintiffs, | * |
| v. | * Civil Action No. 14-cv-10492-IT |
| DIMEO CONSTRUCTION COMPANY et al., | * |
| Defendants. | * |

ORDER

April 15, 2015

TALWANI, D.J.

At the scheduled motion hearing on April 17, 2015, the parties should be prepared to discuss the constitutional limits of personal jurisdiction in light of the First Circuit's directive that—because the Massachusetts Supreme Judicial Court has held that the Massachusetts long-arm statute is coextensive with the constitutional limits on jurisdiction—this court may "sidestep the statutory inquiry" and proceed directly to the constitutional analysis. Daynard v. Ness, Motley, Loadholt, Richardson & Poole, P.A., 290 F.3d 42, 52 (1st Cir. 2002) (quoting "Automatic" Sprinkler Corp. of Am. v. Seneca Foods Corp., 280 N.E.2d 423, 424 (Mass. 1972) ("We see the function of the long arm statute as an assertion of jurisdiction over the person to the limits allowed by the Constitution of the United States.")).

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge